No. 1456. Pace v. Haymarket Co-Operative Bank. C. A. 1st Cir. Certiorari denied.

No. 1463. Dekar Industries, Inc., et al. v. Bissett-Berman Corp. C. A. 9th Cir. Certiorari denied.

No. 1471. Sammons v. United States. C. A. 5th Cir. Certiorari denied.

No. 1478. Chemical Cleaning, Inc., et al. v. Dow Chemical Co. C. A. 5th Cir. Certiorari denied.

No. 1482. Bolettieri v. United States. C. A. 2d Cir. Certiorari denied.

No. 1487. Hartzell Propeller Fan Co. v. National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 1500. American Export Industries, Inc. v. Fluor Corp., Ltd. C. A. 2d Cir. Certiorari denied.

No. 5003. Smith v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 5005. Murphy v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 5008. Sanchez v. United States. C. A. 5th Cir. Certiorari denied.

No. 5021. Daut v. United States. C. A. 9th Cir. Certiorari denied.

No. 5562. Blassingame v. United States. C. A. 2d Cir. Certiorari denied.